THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Derron Jermaine King, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-030
Submitted January 1, 2005  Filed January 
 13, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Appellate Defender Wanda P. Haile, of Columbia, for Appellant.  

Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Derron Jermaine King entered guilty pleas under North 
 Carolina v. Alford, 400 U.S. 25 (1970), to two counts of armed robbery and 
 one count each of second-degree burglary, criminal conspiracy, and possession 
 of a weapon during the commission of a violent crime.  King appeals.  Counsel 
 for King attached to the final brief a petition to be relieved as counsel.  
 King filed a separate pro se response.  
After a review of the record as required by Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we hold there are no directly appealable issues that are arguable 
 on their merits.  Accordingly, we dismiss Kings appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.